ROBERT J. SHEPPARD, ESQ. (State Bar No. 085298)
LAWRENCE R. SUSSMAN, ESQ. (State Bar No. 112114)
**SHEPPARD, UZIEL, SUSSMAN & ROSEN**
100 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 296-0900
Facsimile:  (415) 296-0999

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MYLENE BOMBON CHAN | Case: 3:13-CV-0583 JCS |
| Plaintiff, | STIPULATION TO CONTINUE HEARING DATE OF MOTION TO DISMISS |
| v. | |
| WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO BANK, N.A., WELLS FARGO & CO. ; and DOES 1 through100, inclusive, | |
| Defendants. | |

Plaintiff Mylene Bombon Chan ("Plaintiff") and defendants Wells Fargo Home Mortgage, Inc., Wells Fargo Bank, N.A., Wells Fargo & Co. (collectively referred to herein as "Defendants"), by and through their counsel, hereby stipulate and agree to continue the hearing on Defendants' Motion to Dismiss, presently set in Courtroom G (15th Fl.) at 9:30 a.m. on March 22, 2013 to the same place and time on April 12, 2013. The time for filing opposition and reply briefs shall move in conjunction with the new hearing date.

This Stipulation is requested by Plaintiff because new counsel, Sheppard, Uziel, Sussman & Rosen, is herewith taking over representation of Plaintiff and needs additional time to acquire the file and prepare a meaningful opposition to the pending motion. There have been no previous extensions of time for responding to any pleading or motion. This case is still in the pleading stage,

1

STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS

1 | and the requested continuance will not have a significant impact on the schedule for the case.

Date: February 25, 2013

SHEPPARD, UZIEL, SUSSMAN & ROSEN

By: _____
Lawrence R. Sussman
Attorneys for Plaintiff

Date: February 26, 2013

ANGLIN, FLEWELLING, RASMUSSEN. CAMPBELL, & TRYTTEN, LLP

By: _____
Robert A. Bailey
Attorneys for Defendants

### ORDER

~~The Court, having reviewed and considered the Stipulation of the parties, hereby orders that the hearing on Defendants' motion to dismiss may be continued to April 12, 2013, and all related dates of opposition and reply will be based on the new hearing date.~~

Dated: _____

By: _____
Magistrate of the United States District Ct.
N.D. California

The Court having reviewed and considered the Stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's opposition to the Motion to Dismiss shall be filed and served by March 8, 2013. Defendant's reply to the Motion to Dismiss shall be filed and served by March 15, 2013. The hearing on the Motion to Dismiss is set for April 19, 2013 at 9:30 AM

Dated: 2/27/13

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]

2

STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS