ROBERT J. SHEPPARD, ESQ. (State Bar No. 085298)
LAWRENCE R. SUSSMAN, ESQ. (State Bar No. 112114)
**SHEPPARD, UZIEL, SUSSMAN & ROSEN**
100 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 296-0900
Facsimile:   (415) 296-0999

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MYLENE BOMBON CHAN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO BANK, N.A., WELLS FARGO & CO. ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case:  3:13-CV-0583  JCS<br><br>**SUBSTITUTION OF ATTORNEYS** |

Plaintiff Mylene Bombon Chan hereby substitutes Lawrence R. Sussman (California SBN 112114), of the law firm Sheppard, Uziel, Sussman and Rosen as her attorneys of record in the above captioned action in the place and stead of the Ahluwalia Law Office and Madan Ahluwalia and Ganette M. Genetti.

Sheppard, Uziel, Sussman & Rosen is located at 100 Montgomery St., Ste. 2100, San Francisco, CA 94104; telephone number 415-296-0900.

**SHEPPARD, UZIEL, SUSSMAN & ROSEN**

Date: February 25, 2013       By: _/s/ Lawrence Sussman_____
                                  Lawrence R. Sussman
                                  Attorneys for Plaintiff

1

**SUBSTITUTION OF ATTORNEYS**

1  I consent to this substitution.

3  Date: February 26, 2013

                                        *Mylene B. Chan*
Plaintiff Mylene Bombon Chan

5  I consent to this substitution.

7  Date: February 26, 2013

Madan Ahluwalia,
Ahluwalia Law Professional Corporation

12  Dated: 2/27/13



IT IS SO ORDERED
Judge Joseph C. Spero

SHEPPARD, UZIEL, SUSSMAN & ROSEN
100 Montgomery Street, Suite 2100
SAN FRANCISCO · CA 94104
PHONE 415 · 292 · 0900  FAX 415 · 296 · 0999
Website/E-Mail: SHEPPARDLAW.COM

2

SUBSTITUTION OF ATTORNEYS

1  I consent to this substitution.

2

3  Date: February 26, 2013

                                                          Plaintiff Mylene Bombon Chan

4

5  I consent to this substitution.

6

7  Date: February 26, 2013

8                                                        Madan Ahluwalia,
Ahluwalia Law Professional Corporation

SHEPPARD, UZIEL, SUSSMAN & ROSEN
100 Montgomery Street, Suite 2100
SAN FRANCISCO · CA 94104
PHONE 415 · 296 · 0900   FAX 415 · 296 · 0999
Website/E-Mail: SHEPPARDLAW.COM

2

**SUBSTITUTION OF ATTORNEYS**