UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYLENE BOMBON CHAN,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO HOME MORTGAGE, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-00583-JCS<br><br>**ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE AS MOOT.**<br><br>**Dkt. No. 5.** |

On March 8, 2013, Plaintiff filed a First Amended Complaint 21 days after Defendant filed a motion to dismiss. *See* Fed.R.Civ.P. 15(a)(1)(B). In light of Plaintiff's filing of a First Amended Complaint, Defendant's motion to dismiss is denied without prejudice on the basis that it is moot.

IT IS SO ORDERED.

Dated: March 14, 2013

Joseph C. Spero
United States Magistrate Judge